# United States District Court

WESTERN DISTRICT OF WASHINGTON

PAUL H. LEE, a single man, and
others similarly situated

        PLAINTIFF

      v.

KITSAP COUNTY,
a municipal corporation

        DEFENDANT

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5592FDB

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This matter having come on Plaintiff's Motion for Dismissal. Therefore, it is hereby ordered that the above-entitled action be, and the same is hereby dismissed without fees and costs.

December 2, 2008

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois

Deputy Clerk